IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

PECOS VISTA APARTMENTS, LLC, a New
Mexico limited liability company,

        Plaintiff,

v.                                      Case No. 2:24-cv-00635-KG-GBW

STATE OF NEW MEXICO, a governmental entity,
ENERGY, MINERALS, AND NATURAL
RESOURCES DEPARTMENT, a New Mexico
Administrative Agency, and MELANIE A.
KENDERDINE, in her official capacity as the Cabinet
Secretary Designate; and JOHN DOES I-X,

        Defendants.

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO SET ASIDE DEFAULT JUDGMENT

Defendants State of New Mexico, Energy, Minerals, and Natural Resources Department, and Melanie A. Kenderdine (collectively "Defendants") Unopposed Motion To Set Aside Default Judgment, and the Court having considered Defendants' Motion,

IT IS HEREBY ORDERED that the Motion shall be granted to set aside the default judgment and reinstate the case, so that it may be litigated on the merits.

_____
UNITED STATES DISTRICT JUDGE